

# THE UNITED STATES DISTRICT COURT
# OF WESTERN MICHIGAN

Case Number 5: 04 CV 0101

Hon. Richard Alan Enslin

Charles F. Conces, et al.

Plaintiffs,

Jointly and Severally,

vs.

INTERNAL REVENUE SERVICE,

A private corporation,

Acting through agents, Mark Everson,

Jeffrey D. Eppler et al.,

Defendant

_____/

Contact Pro Se Plaintiff,
acting group spokesperson,
Charles F. Conces,
9523 Pine Hill Dr.,
Battle Creek, Michigan 49017,
County of Calhoun,
Phone 1-269-964-7025

_____/

## PROOF OF SERVICE

NOW COME THE PLAINTIFFS, Charles F. Conces, et al., presenting the Proof Of Service, served on the Internal Revenue Service on Sept. 8, 2004, in Washington, D.C.

*Charles F. Conces*

Dated and signed September 21, 2004 by Charles F. Conces, Spokesman.

SUMMONS IN A CIVIL ACTION

**1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

Charles F. Conces, et al.
Pro-se Plaintiffs, Jointly and Severally
v.
INTERNAL REVENUE SERVICE,
a private corporation, acting through agents,
Mark Everson, Jeffrey D. Eppler et al.

DOCKET NO: **5:04CV0101**

TO: INTERNAL REVENUE SERVICE,
1111 Constitution Avenue NW,
Washington, DC 20224

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:
PLAINTIFF'S ATTORNEY

Spokesman,
Pro-se Plaintiff, Charles F. Conces,
9523 Pine Hill Dr.,
Battle Creek, Michigan 49017
Phone 1-269-964-7025

Richard Alan Enslen
U.S. District Judge

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RONALD C. WESTON, SR., CLERK

BY: _K. Dack_
(Deputy Clerk)
(SEAL)

DATED: JUL 21 2004

☐ 399 Federal Building, 110 Michigan St., N.W., Grand Rapids, MI 49503
☐ P.O. Box 698, 229 Federal Building, Marquette, MI 49855
☒ B-35 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
☐ 113 Federal Building, 315 W. Allegan, Lansing, MI 48933

**RETURN OF SERVICE**

Service of the Summons and Complaint was made by me.***

DATE: September 08, 2004 at 10:25 am
Name of Server (print): DAVID TORRES
Title: PRIVATE PROCESS SERVER

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☒ Served personally upon the defendant. Place where served: Charles Christopher - Branch Chief in Disclosure and Privacy Law Internal Revenue Service, 1111 Constitution Avenue, NW, WASHINGTON, DC 20224

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

3.

**STATEMENT OF SERVICE FEES**

TRAVEL $ 0.00    SERVICES $ 75.00    TOTAL $ 75.00

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 08, 2004
        Date

Signature of Server

7665 HELMSDALE PL. MANASSAS, VA 20109
Address of Server

** See Rule 4 of the Federal Rules of Civil Procedure re who may serve a summons

1/96